UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Troy L. Nunley<br>United States District Court Judge<br>Sacramento, California | **RE:** Nicholas LOPEZ<br>Docket Number:  02:15CR00157<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Nicholas Lopez is requesting permission to travel to Greece.  Mr. Lopez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On August 4, 2014, in the Central District of California, Nicholas Lopez was sentenced for the offense of 21 USC 846 – Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana.  On July 30, 2015, the Eastern District of California accepted transfer of jurisdiction.

**Sentence Imposed:**   Time Served; 3 years Supervised Release; $100 Special Assessment. Special Conditions:  12 months home detention; warrantless search;

**Dates and Mode of Travel:**  Mr. Lopez is requesting to travel in September for two weeks.  He is awaiting the Court's permission before he purchases his airline tickets and accommodations. If approved, he will make all the necessary arrangements and provide documentation.

**Purpose:** Vacation.

1

RE:    Nicholas LOPEZ
       Docket Number:  2:CR15
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Kris M. Miura*

Kris M. Miura
United States Probation Officer

Dated:   August 12, 2015
        Elk Grove, California
        KMM/sda

*/s/ Robert A. Ramirez for*
**REVIEWED BY:**   **Jack C. Roberson**
                         **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒    Approved     ☐    Disapproved

**August 17, 2015**
**Date**

**United States District Court Judge**